391 A.2d 675

Commonwealth v. Boyd, Appellant.

Submitted June 13, 1977. Elaine DeMasse, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Randolph L. Goldman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.